# Exhibit B



March 2, 2017

**VIA U.S. MAIL**
FirstEnergy Solutions
Ken Peace
341 White Pond Drive
Akron, OH 44320

Dear Ken,

This letter is intended as an update regarding the status of payment to First Energy. Currently, Bluestone Energy Sales Corporation has a significant amount of coal in inventory that it is waiting to ship, which total approximately 77,059.94. It is our intention to have all of this coal delivered to customers by 4-15-17. Once this coal is shipped, we will be able to send payment to First Energy.

Thank you for your patience with us while we work through this slight delay. Please don't hesitate to contact me if you have any questions or concerns regarding this matter.

Sincerely,

Summer Harrison
VP of Treasury

Bluestone Energy Sales Corporation | 302 S. Jefferson Street, Ste 600 | Roanoke, VA 24011 | P: 540-776-7890 | F: 540-301-5919