# Exhibit C



September 24, 2018

Ms. Summer Harrison
VP of Treasury
Bluestone Energy Sales Corporation
302 S. Jefferson Street
Suite 600
Roanoke, VA 24011

RE: Request for Final Payment - Coal Purchase Agreement (the "Agreement") is made and entered into on October 10, 2016, by and between Bluestone Energy Sales Corporation ("BESC") and FirstEnergy Solutions Corp ("FES"), an Ohio corporation (the "Parties").

Dear Ms. Harrison,

In accordance with your status letter dated March 2, 2017 (see attached, the "Letter"), FES hereby requests payment of the final amount due for the sale of the remaining 77,059.94 tons of coal under the Agreement. As provided in Article 2 of the Agreement, "If any Purchased Tons remain in the Stockpile as of February 28, 2017, then BESC shall pay FES for all such remaining Purchased Tons no later than March 7, 2016.". As stated in the Letter, BESC had expected to deliver the remaining coal by April 15, 2017 and FES was expecting to be paid the amount due of $3,082,397.60 shortly thereafter.

Please remit the amount of $3,082,397.60 to FES per the terms of the Agreement. Should BESC fail to remit these funds to FES by October 15, 2018, FES will pursue its rights and remedies to collect such funds from BESC.

Thank you for your prompt attention to this matter.

Sincerely,

*James G. Mellody*
James G. Mellody
VP, Fuel and Unit Dispatch