| | |
|---|---|
| **From:** | Peace, Ken <kpeace@firstenergycorp.com> |
| **Sent:** | Tuesday, November 29, 2016 3:57 PM |
| **To:** | Summer Harrison |
| **Cc:** | Pompeo, Kim R.; Frederick, Dave |
| **Subject:** | Bent Mountain coal re-purchase |

Summer,

Hope all is well.

We have received two checks to date for tons removed from the Bent Mountain stockpile, however, we have not received any detailed documentation of the tons Bluestone has purchased per the Agreement.

For purposes of documentation for our finance group, could Bluestone please forward some additional documentation in the form of truck tickets or daily tonnage summaries?

Thanks,

Ken Peace
Fuel Procurement Consultant | FirstEnergy Solutions
341 White Pond Drive, Akron, OH 44320
Office: (330) 315-6832 | Mobile: (330) 814-2397 | Fax: 330-245-5680 (internal 8015680)
Email: kpeace@firstenergycorp.com | Web: fes.com

**The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately, and delete the original message.**