This document was signed electronically on June 13, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 13, 2019



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Adversary Proceeding No. 18-05100 |
| ——————————————— | ) |
| | ) |
| FIRSTENERGY SOLUTIONS CORP., | ) Judge Alan M. Koschik |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUESTONE ENERGY SALES CORP., | ) |
| | ) |
| Defendant. | ) |

### SCHEDULING ORDER REGARDING
### <u>PENDING MOTION TO WITHDRAW REFERENCE</u>

  The Court held a status hearing and pretrial conference in this in this adversary proceeding on June 4, 2019 (the "Hearing"). Participating were:

| Chris Gessner, Joseph L. Sorkin, and Kate M. Bradley | *as counsel for* | Plaintiff FirstEnergy Solutions Corp. |
| C. Thomas Ezell | *as counsel for* | Defendant Bluestone Energy Sales Corp. |

At the Hearing, the Court noted that one day earlier, June 3, 2019, defendant Bluestone Energy Sales Corp. (the "Defendant") filed a Motion to Withdraw Reference (Docket No. 23) (the "Motion"). While both federal and local rules already govern procedure when a Motion to Withdraw Reference is filed, the parties sought clarification in an order, and the Court found good cause to enter this Order.

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Bankruptcy Procedure 5011(c), the filing of the Motion does not automatically stay this proceeding in this Court. The rule permits such stays on motion of a party or the Court, "on such terms and conditions as are proper," but no party has moved for such a stay and this Court has not imposed one on its own.

   Discovery should have already commenced and should continue while the Motion is briefed in this Court and while it is heard and considered by the District Court.

2. Pursuant to Local Bankruptcy Rule 9013-1(b), no later than **June 17, 2019**, plaintiff FirstEnergy Solutions Corp. (the "Plaintiff") may file and serve its response to the Motion.

3. Pursuant to Local Bankruptcy Rule 9013-1(c), no later than seven (7) days after the date of service of the Plaintiff's response, the Defendant may file its reply in support of its Motion.

4. The Clerk will transmit the Motion and all briefing thereon to the District Court for consideration by a District Judge at the conclusion of the briefing schedule set forth herein.

# # #

cc (all via electronic mail):

| Chris Gessner, Joseph L. Sorkin, and Kate M. Bradley | *as counsel for* | Plaintiff FirstEnergy Solutions Corp. |
| C. Thomas Ezell and Richard A. Getty | *as counsel for* | Defendant Bluestone Energy Sales Corp. |

2