# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### 455 JOHN F. SEIBERLING FEDERAL BUILDING & U.S. COURTHOUSE
### TWO SOUTH MAIN STREET
### AKRON, OHIO 44308

Josiah C. Sell, Acting  
**CLERK OF COURT**

Telephone: (330) 252-6100

June 25, 2019

Clerk, U S District Court  
568 John F. Seiberling Federal Building & U.S. Courthouse  
2 S. Main Street  
Akron OH 44308

IN RE:   FirstEnergy Solutions Corp., et al. - **Debtor**  
Bankruptcy Case No: 18-50757-amk  
**ADV. PROC. NO. 18-5100-amk**

Dear Clerk:

The following pleadings relative to the above referenced adversary proceeding have been filed and attached to this e-mail as this Transmittal:

#23 Motion for Withdrawal of Reference filed by Richard A. Getty, on behalf of the Defendant Bluestone Energy Sales Corp. on June 3, 2019.

#26 Objection to Defendant's Motion to Withdraw the Reference filed by Kate Bradley, on behalf of First Energy Solutions Corp. on June 17, 2019.

#27 Reply Memorandum in Support of Defendant's Motion to Withdraw the Reference filed by Richard A. Getty, on behalf of Bluestone Energy Sales Corp. on June 24, 2019.

Sincerely,  
Josiah C. Sell, Acting Clerk

By: Marie Randolph  
Deputy Clerk in Charge

Parties to be served via CM/ECF