This document was signed electronically on September 4, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: September 4, 2019



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case No. 18-50757 |
| FIRSTENERGY SOLUTIONS CORP., *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Adversary Proceeding No. 18-05100 |
| | ) |
| | ) |
| FIRSTENERGY SOLUTIONS CORP., | ) Judge Alan M. Koschik |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUESTONE ENERGY SALES CORP., | ) |
| | ) |
| Defendant. | ) |

### DISCOVERY SCHEDULING ORDER

The Court held a pretrial conference in this adversary proceeding on August 13, 2019. Participating in that matter were:

| Joseph L. Sorkin | *as counsel for* | Plaintiff FirstEnergy Solutions Corp., Debtor |
| C. Thomas Ezell | *as counsel for* | Defendant Bluestone Energy Sales Corp. |

Based upon the matters discussed during the pretrial conference,

**IT IS HEREBY ORDERED THAT:**

1. All non-expert discovery in this adversary proceeding shall be completed no later than **November 15, 2019**.

2. Unless this adversary proceeding is previously reported to the Court as resolved, a further non-evidentiary pretrial in this matter shall be held on the record on **November 19, 2019 at 10:00 a.m.**, in Courtroom 260 of the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio. The necessity of and schedule for expert discovery will be discussed at the further pretrial, along with any other matters then relevant to this adversary proceeding.

### # ##

cc (all via e-mail):

| Joseph L. Sorkin | *as counsel for* | Plaintiff FirstEnergy Solutions Corp., Debtor |
| C. Thomas Ezell | *as counsel for* | Defendant Bluestone Energy Sales Corp. |