| | |
|---|---|
| IN RE FIRSTENERGY SOLUTIONS CORP., *ET AL*.,[1] <br><br> Debtors | Case No. 18-50757-AMK <br><br> Chapter 11 <br><br> Honorable Alan M. Koschik |
| FIRSTENERGY SOLUTIONS CORP., <br><br> Plaintiff, <br><br> V. <br><br> BLUESTONE ENERGY SALES CORP., <br><br> Defendant. | Adversary Proceeding 18-5100 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Bridget A. Franklin of the law firm of Brouse McDowell, LPA, 388 South Main Street, Suite 500, Akron, Ohio 44311, hereby enters an appearance as co-counsel for the plaintiff, FirstEnergy Solutions Corp., in the above-captioned adversary proceeding. As such, the undersigned attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(b), to the extent it applies to the adversary proceeding, and request copies of all notices and pleadings filed herein. Unless filed and served via the Court's ECF system, all such notices should be addressed as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

1

Bridget A. Franklin, Esq.
BROUSE McDOWELL, LPA
388 South Main Street, Suite 500
Akron, Ohio 44311
Phone: (330) 535-5711
Facsimile: (330) 253-8601
bfranklin@brouse.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted,

/s/ *Bridget A. Franklin*
Bridget A. Franklin (0083987)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
bfranklin@brouse.com

*Co-Counsel for Plaintiff, FirstEnergy Solutions Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Notice of Appearance and Request for Notices and Papers* was served on this 25th day of October, 2019, via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Kate M. Bradley    kbradley@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- Richard Alan Getty    rgetty@gettylawgroup.com, astith@gettylawgroup.com; tezzell@gettylawgroup.com;menglish@gettylawgroup.com; klambert@gettylawgroup.com
- United States Trustee    (Registered address)@usdoj.gov

/s/ *Bridget A. Franklin*
Bridget A. Franklin (0083987)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
bfranklin@brouse.com