# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION at AKRON

| | |
|---|---|
| IN RE FIRSTENERGY SOLUTIONS CORP., ET AL., <br><br> Debtors | Case No. 18-50757-AMK <br><br> Chapter 11 <br><br> Honorable Alan M. Koschik, <br> United States Bankruptcy Judge |
| FIRSTENERGY SOLUTIONS CORP., <br><br> Plaintiff, <br><br> V. <br><br> BLUESTONE ENERGY SALES CORP., <br><br> Defendant. | Adversary Proceeding 18-5100 |

### DEFENDANT'S MOTION TO AMEND DISCOVERY SCHEDULING ORDER

Defendant Bluestone Energy Sales Corp. ("Bluestone"), through counsel, respectfully moves the Court to amend the Discovery Scheduling Order entered on September 4, 2019 [Doc. 30]. In support of this Motion, Bluestone states as follows:

Since entry of the Discovery Scheduling Order, the Plaintiff FirstEnergy Solutions Corp. ("FirstEnergy" or "FES" or "Plaintiff") and the Defendant have each responded to written discovery requests from opposing counsel, have begun a series of rolling document productions, and have exchanged lists of individuals to be deposed. The Defendant, however, does not believe the parties will be able to both complete all fact discovery by the current deadline of November 15, 2019. Rather, the Defendant proposes that the parties have until December 6,

2019, to complete document production and other responses to written discovery, and until December 20, 2019, to complete fact depositions.

Counsel for the Defendant has discussed this proposal with counsel for the Plaintiff and is informed that the Plaintiff does not opposed this request. In further support of this Motion, the undersigned states that the offices of Defendant's counsel have been moved during the month of October and, despite best efforts, the office relocation consumed much of the attention of Defendant's counsel for the past month, in particular the attention of Messrs. Getty and Ezzell. Furthermore, Mr. Getty has suffered an injury to surgical appliances in his back that has required multiple appointments with health care providers in the past month and for which surgery is recommended very soon.

The Defendant does not believe it is necessary to reschedule the status conference scheduled for November 19, 2019.

## **NOTICE**

PLEASE TAKE NOTICE that any objection to the relief sought in the foregoing Defendant's Motion To Amend Discovery Scheduling Order must be filed within 14 days, unless otherwise Ordered by the Court, from the date of service as set forth below in the Certificate of Service, and that the Court is authorized to grant the relief requested without further notice unless a timely objection is filed.

Respectfully submitted

 /s/ Richard A. Getty
RICHARD A. GETTY (Ohio Bar #23245)
    and
C. THOMAS EZZELL (*pro hac vice*)

THE GETTY LAW GROUP, PLLC
The Offices at City Center
100 West Main Street, Suite 200
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909
rgetty@gettylawgroup.com
tezzell@gettylawgroup.com

COUNSEL FOR DEFENDANT
BLUESTONE ENERGY SALES CORP.

## CERTIFICATE OF SERVICE

      It is hereby certified that a copy of the foregoing Defendant's Motion Amend Discovery Scheduling Order was served on this the 1st day of November, 2019, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and applicable Standing Order(s), if any, upon the following:

Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
    and
Bridget A. Franklin (0083987)
BROUSE MCDOWELL LPA
338 South Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Joseph Sorkin (admitted *pro hac vice*)
    and
Christopher Gessner (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jsorkin@akingump.com
cgessner@akingump.com

COUNSEL FOR PLAINTIFF FIRSTENERGY SOLUTIONS CORP.

                                              /s/ Richard A. Getty
                                              COUNSEL FOR DEFENDANT

ctepld0593