This document was signed electronically on November 8, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 8, 2019



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at AKRON

| | |
|---|---|
| IN RE FIRSTENERGY SOLUTIONS CORP., ET AL.,<br><br>Debtors | Case No. 18-50757-AMK<br><br>Chapter 11<br><br>Honorable Alan M. Koschik,<br>United States Bankruptcy Judge |
| FIRSTENERGY SOLUTIONS CORP.,<br><br>Plaintiff,<br><br>V.<br><br>BLUESTONE ENERGY SALES CORP.,<br><br>Defendant. | Adversary Proceeding 18-5100 |

**<u>ORDER</u>**

This matter is before the Court upon the Motion to Amend Discovery Scheduling Order filed by the Defendant Bluestone Energy Sales Corp. ("Bluestone"). There being no objection to the Motion by the Plaintiff FirstEnergy Solutions Corp., and the Court being otherwise sufficiently advised, it is hereby ORDERED as follows:

1. The Defendant's Motion to Amend Discovery Scheduling Order is GRANTED;

2. The Discovery Scheduling Order is amended as follows:

    a. Document production and responses to written discovery shall be completed by December 6, 2019;

    b. All fact depositions shall be completed by December 20, 2019;

3. All other deadlines in the Court's Discovery Scheduling Order remain in effect.

### 

Tendered by:

/s/ Richard A. Getty
RICHARD A. GETTY (Ohio Bar #23245)
    and
C. THOMAS EZZELL (admitted *pro hac vice*)

THE GETTY LAW GROUP, PLLC
The Offices at City Center
100 West Main Street, Suite 200
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909
rgetty@gettylawgroup.com
tezzell@gettylawgroup.com

COUNSEL FOR DEFENDANT
BLUESTONE ENERGY SALES CORP.
mwepld0786