UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at AKRON

| | |
|---|---|
| IN RE FIRSTENERGY SOLUTIONS CORP., ET AL.,<br><br>Debtors | Case No. 18-50757-AMK<br><br>Chapter 11<br><br>Honorable Alan M. Koschik,<br>United States Bankruptcy Judge |
| FIRSTENERGY SOLUTIONS CORP.,<br><br>Plaintiff,<br><br>V.<br><br>BLUESTONE ENERGY SALES CORP.,<br><br>Defendant. | Adversary Proceeding 18-5100 |

**DEFENDANT'S SECOND MOTION TO**
**FURTHER AMEND DISCOVERY DEADLINES**

Defendant Bluestone Energy Sales Corp. ("Bluestone"), through counsel, respectfully moves the Court to amend the Order entered on December 23, 2019 [Doc. 36]. In support of this Motion, Bluestone states that the most recent scheduling Order in this case established the following deadlines:

a. Bluestone was to identify the subject matter of its expert report(s) by Tuesday, January 7, 2020;

b. Bluestone was to identify its proposed expert witness(es) by Wednesday, January 15, 2020;

c. Bluestone was to respond to Plaintiff's First Set of Requests for Admission by Wednesday, January 15, 2020;

1

d. All fact depositions was ordered to be completed by Friday, January 31, 2020;

e. Bluestone was ordered to serve its initial expert report(s) by Friday, February 7, 2020;

f. The Plaintiff was ordered to serve rebuttal expert report(s), if any, by Friday, March 6, 2020; and

g. All expert discovery was ordered to be completed by Friday, March 20, 2020.

Those deadlines were negotiated by the parties following the filing of the Defendant's Motion To Further Amend Discovery Scheduling Order And To Amend Expert Discovery Scheduling Order [Doc. 35], the need for which was the unavailability of lead counsel for Bluestone, Richard A. Getty. Mr. Getty, who has been involved in all major decisions in this matter and who is deemed essential to expert witness preparations and the depositions to be taken in this case, is recovering from various surgical procedures which commenced in the Fall of 2019 and related issues.

Although Mr. Getty has returned to the office, that return was not accomplished as soon as had been anticipated, and he is not yet fully recovered. Mr. Getty has also suffered complications from the 2019 procedures which will require follow-up in coming months. In any event, Mr. Getty is gradually working through the backlog of matters that arose during his absence and which require his attention. Unfortunately, he has not been able to schedule, to prepare for, or to participate in fact depositions in this case which were to be concluded by this date, precipitating this Motion.

Bluestone timely complied with items "a" through "c" above, and seeks to amend the deadlines associated with items "d" and "e"—the deadlines for fact depositions and for tendering Bluestone's expert report. The parties are currently involved in discussions to schedule those

2

18-05100-amk    Doc 41    FILED 01/31/20    ENTERED 01/31/20 15:07:31    Page 2 of 4

matters in coming weeks and will update the Court as soon as possible on the results of those discussions. This Motion is being filed so that the issue is brought to the attention of the Court prior to the expiration of any current deadline.

Bluestone is aware that extensions of its remaining deadlines may require corresponding extensions of deadlines for the Plaintiff that flow from Bluestone's expert report, such as items "f" and "g" above. As such, Bluestone has no objection to appropriate revisions to those deadlines as well.

## **NOTICE**

PLEASE TAKE NOTICE that any objection to the relief sought in the foregoing Motion must be filed within 14 days, unless otherwise Ordered by the Court, from the date of service as set forth below in the Certificate of Service, and that the Court is authorized to grant the relief requested without further notice unless a timely objection is filed.

                                              Respectfully submitted

                                              /s/ Richard A. Getty
                                            RICHARD A. GETTY (Ohio Bar #23245)
                                                  and
                                            C. THOMAS EZZELL (*pro hac vice*)

                                            THE GETTY LAW GROUP, PLLC
                                            The Offices at City Center
                                            100 West Main Street, Suite 200
                                            Lexington, Kentucky 40507
                                            Telephone: (859) 259-1900
                                            Facsimile: (859) 259-1909
                                            rgetty@gettylawgroup.com
                                            tezzell@gettylawgroup.com

                                            COUNSEL FOR DEFENDANT
                                            BLUESTONE ENERGY SALES CORP.

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Defendant's Second Motion To Further Amend Discovery Deadlines was served on this the 31st day of January, 2020, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and applicable Standing Order(s), if any, upon the following:

Marc B. Merklin (0018195)
Kate M. Bradley (0074206)
    and
Bridget A. Franklin (0083987)
BROUSE MCDOWELL LPA
338 South Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
kbradley@brouse.com
bfranklin@brouse.com

Ira Dizengoff (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Joseph Sorkin (admitted *pro hac vice*)
    and
Christopher Gessner (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jsorkin@akingump.com
cgessner@akingump.com

COUNSEL FOR PLAINTIFF FIRSTENERGY SOLUTIONS CORP.

                                        /s/ Richard A. Getty
                                        COUNSEL FOR DEFENDANT

ctepld0605