This document was signed electronically on April 21, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 21, 2020



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION at AKRON

| | |
|---|---|
| IN RE FIRSTENERGY SOLUTIONS CORP., ET AL.,<br><br>Debtors | Case No. 18-50757-AMK<br><br>Chapter 11<br><br>Honorable Alan M. Koschik,<br>United States Bankruptcy Judge |
| FIRSTENERGY SOLUTIONS CORP.,<br><br>Plaintiff,<br><br>V.<br><br>BLUESTONE ENERGY SALES CORP.,<br><br>Defendant. | Adversary Proceeding 18-5100 |

## ORDER

This matter is before the Court upon Defendant Bluestone Energy Sales Corp.'s ("Bluestone" or "Defendant") *Motion to Stay Discovery and Set Aside Scheduling Order* [Docket

No. 44] (the "Motion"). After the Motion was filed, Plaintiff FirstEnergy Solutions Corp. ("FES" or "Plaintiff") and Bluestone conferred regarding a resolution to the Motion. The Court has reviewed the Motion, and being otherwise sufficiently advised, it is hereby ORDERED as follows:

1. Defendant's *Motion to Stay Discovery and Set Aside Scheduling Order* [Docket No. 44] is GRANTED subject to the terms of this Order.

2. All discovery deadlines in the above-captioned adversary proceeding are vacated, and discovery is stayed pending further order of the Court.

3. A telephonic non-evidentiary pretrial conference in this matter shall be held on the record on May 19, 2020 at 10:00 a.m., in Courtroom 260 of the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio.

###

SUBMITTED BY:

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
338 South Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Abid Qureshi (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
Christopher J. Gessner (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
aqureshi@akingump.com
jsorkin@akingump.com
cgessner@akingump.com

*Counsel for Plaintiff FirstEnergy Solutions Corp.*


*/s/ C. Thomas Ezzell*
**THE GETTY LAW GROUP, PLLC**
Richard A. Getty (Ohio Bar #23245)
C. Thomas Ezzell (admitted *pro hac vice*)
The Offices at City Center
100 West Main Street, Suite 200
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909
rgetty@gettylawgroup.com
tezzell@gettylawgroup.com

*Counsel for Defendant Bluestone Energy Sales Corp.*