This document was signed electronically on June 23, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 23, 2020



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION at AKRON

| | |
|---|---|
| IN RE ENERGY HARBOR LLC f/k/a FIRST ENERGY SOLUTIONS CORP., ET AL., <br><br> Debtors | Case No. 18-50757-AMK <br><br> Chapter 11 <br><br> Honorable Alan M. Koschik, United States Bankruptcy Judge |
| FIRSTENERGY SOLUTIONS CORP., <br><br> Plaintiff, <br><br> V. <br><br> BLUESTONE ENERGY SALES CORP., <br><br> Defendant. | Adversary Proceeding 18-5100 |

### ORDER

This matter is before the Court upon the Motion of Richard A. Getty and The Getty Law Group, PLLC, to Withdraw as counsel for Defendant Bluestone Energy Sales Corp. ("Bluestone" or "Defendant"). The Defendant has consented and agreed to this withdrawal,

**IT IS HEREBY ORDERED** that Richard A. Getty, The Getty Law Group, PLLC and its attorneys shall be withdrawn as counsel of record for Defendant in this action. The Defendant shall designate new counsel within 30 days of entry of this Order

# # #

SUBMITTED BY:

 /s/ Richard A. Getty
RICHARD A. GETTY

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909
rgetty@gettylawgroup.com

COUNSEL FOR DEFENDANT,
BLUESTONE ENERGY SALES CORP.

amspld0796