This document was signed electronically on June 24, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 24, 2020



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE PLEASANTS CORP., ET AL.,[1] <br><br> Debtors | Chapter 11 <br><br> Case No. 18-50763 (AMK) <br> Cases Jointly Administered under <br> Case No. 18-50757 (AMK) <br><br> Honorable Alan M. Koschik, <br> United States Bankruptcy Judge |
| FIRSTENERGY SOLUTIONS CORP., <br><br> Plaintiff, <br><br> V. <br><br> BLUESTONE ENERGY SALES CORP., <br><br> Defendant. | Adversary Proceeding 18-5100 |

## SCHEDULING ORDER

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18- 50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, Ohio 44308.

On April 21, 2020, the Court entered the Order granting Defendant Bluestone Energy Sales Corp.'s ("Bluestone" or "Defendant") *Motion to Stay Discovery and Set Aside Scheduling Order* [Docket No. 45] (the "Order"). Pursuant to the terms of the Order, the Court held a non-evidentiary pretrial conference on May 19, 2020. At the pretrial conference, the parties agreed to confer regarding a proposed discovery schedule in advance of the June 23, 2020 pretrial conference. Plaintiff FirstEnergy Solutions Corp. ("FES" or "Plaintiff") and Bluestone have conferred and agreed to a proposed discovery schedule and submitted the proposed schedule to the Court. The Court has reviewed the proposed schedule and, having conferred with the parties regarding the schedule and being otherwise sufficiently advised, it is hereby ORDERED as follows:

1. The following deadlines shall govern discovery and expert discovery in this adversary proceeding:

   a. All fact depositions shall be completed by **Thursday, September 17, 2020**;

   b. FES shall serve rebuttal expert report(s), if any, by **Thursday, October 1, 2020**;

   c. All expert discovery shall be completed by **Thursday, October 29, 2020**; and

   d. The parties shall file proposed stipulated facts by **Friday, November 13, 2020**.

2. The foregoing deadlines supersede any deadlines contained in any prior order of the Court.

3. A further non-evidentiary pretrial conference in this matter shall be held on the record on **November 17, 2020 at 10:00 a.m.**, in Courtroom 260 of the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio.

### #

2

18-05100-amk    Doc 51    FILED 06/24/20    ENTERED 06/24/20 16:10:18    Page 2 of 3

SUBMITTED BY:

 */s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
338 South Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone:  (330) 535-5711
Facsimile:   (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Lisa G. Beckerman (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
Christopher J. Gessner (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
lbeckerman@akingump.com
jsorkin@akingump.com
cgessner@akingump.com

*Counsel for Plaintiff FirstEnergy Solutions Corp.*


*/s/   John C. Weisensell*
**NIEKAMP, WEISENSELL, MUTERSBAUGH & MASTRANTONIO, LLP**
John C. Weisensell (0029901)
The Nantucket Building
23 S. Main Street, Suite 301
Akron, Ohio 44308
Telephone: (330) 434-1000
Facsimile: (330) 434-1001
E-Mail: jack@nwm-law.com

Co-*Counsel for Defendant Bluestone Energy Sales Corp.*