**This document was signed electronically on September 21, 2020, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 21, 2020**



**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PLEASANTS CORP., *et al.*,[1] | Case No. 18-50763 (AMK) Cases Jointly Administered under Case No. 18-50757 (AMK) |
| Debtors, | |
| | Hon. Judge Alan M. Koschik |
| FIRSTENERGY SOLUTIONS CORP., | |
| Plaintiff, | Adversary No. 18-05100-AMK |
| v. | |
| BLUESTONE ENERGY SALES CORP. | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.

# ORDER GRANTING LEAVE TO FILE CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT OF PLAINTIFF'S SUMMARY JUDGMENT MOTION UNDER SEAL

The *Plaintiff's Motion Pursuant to Section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure for an Order Granting Leave to File Certain Exhibits to Declarations in Support of Plaintiff's Summary Judgment Motion Under Seal* (the "Motion")[2] of the above-captioned plaintiff (the "Movant") having been considered, it is

**ORDERED** that the Motion is **GRANTED** and the Movant is authorized to file redacted versions of the following under seal: Exhibit A to the *Declaration of Kim R. Pompeo in Support of Plaintiff's Motion for Summary Judgment* and Exhibits B and G to the *Declaration of Ken Peace in Support of Plaintiff's Motion for Summary Judgment.* Movants shall be required to deliver the sealed exhibits only to (i) the defendant, (ii) the Court, (iii) the U.S. Trustee, and (iv) as otherwise ordered by the Court.

# # #

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

SUBMITTED BY:

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Lisa G. Beckerman (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
Christopher J. Gessner (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
lbeckerman@akingump.com
jsorkin@akingump.com
cgessner@akingump.com

*Counsel for the Plaintiff*