This document was signed electronically on September 21, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: September 21, 2020



_/s/ Alan M. Koschik_
ALAN M. KOSCHIK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> PLEASANTS CORP., *et al.*,[1] <br><br> Debtors, <br><br>―――――――――――――――― <br><br> FIRSTENERGY SOLUTIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> BLUESTONE ENERGY SALES CORP. <br><br> Defendant. | Chapter 11 <br><br> Case No. 18-50763 (AMK) <br> Cases Jointly Administered under <br> Case No. 18-50757 (AMK) <br><br> Hon. Judge Alan M. Koschik <br><br> Adversary No. 18-05100-AMK |



---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.