UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PLEASANTS CORP., *et al.*,[1]<br><br>              Debtors,<br><br>FIRSTENERGY SOLUTIONS CORP.,<br><br>              Plaintiff,<br><br>      v.<br><br>BLUESTONE ENERGY SALES CORP.<br><br>              Defendant. | Chapter 11<br><br>Case No. 18-50763 (AMK)<br>Cases Jointly Administered under<br>Case No. 18-50757 (AMK)<br><br>Hon. Judge Alan M. Koschik<br><br>Adversary No. 18-05100-AMK |

**NOTICE OF MOTION TO APPROVE SETTLEMENT AMONG
THE PLAN ADMINISTRATOR, ENERGY HARBOR LLC, AND
BLUESTONE ENERGY SALES CORPORATION**

PLEASE TAKE NOTICE THAT on March 31, 2021, Mark A. Roberts of Alvarez & Marsal Holdings, LLC, in his capacity as plan administrator (the "Plan Administrator") on behalf of Energy Harbor LLC (formerly known as FirstEnergy Solutions Corp.) ("FES" in its capacity as a debtor and, together with its debtor affiliates, the "Debtors"), filed with the Court the *Motion to Approve Settlement Among the Plan Administrator, Energy Harbor LLC, and Bluestone Energy Sales Corporation* (the "Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.

**Your rights may be affected**. You should read the Motion carefully and discuss it with your attorney, if you have one in this Case. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **April 21, 2021 at 4:00 p.m. (ET)**, you or your attorney must file with the Court a written response explaining your position at:

> United States Bankruptcy Court
> Office of the Clerk
> 455 U.S. Courthouse
> 2 South Main Street
> Akron, Ohio 44308

You must also serve a copy of your response on the undersigned counsel:

> BROUSE MCDOWELL LPA
> Marc B. Merklin
> Bridget A. Franklin
> 388 South Main Street, Suite 500
> Akron, OH 44311-4407
> Telephone: (330) 535-5711
> Facsimile: (330) 253-8601
> mmerklin@brouse.com
> bfranklin@brouse.com
>
> - and -
>
> AKIN GUMP STRAUSS HAUER & FELD LLP
> Joseph L. Sorkin
> Christopher J. Gessner
> One Bryant Park
> New York, New York 10036
> Telephone: (212) 872-1000
> Facsimile: (212) 872-1002
> jsorkin@akingump.com
> cgessner@akingump.com
>
> *Counsel for the Plan Administrator*
> *and Energy Harbor LLC*

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion will be held on **May 25, 2021**, at **10:00 a.m.** prevailing Eastern Time, or as soon thereafter as this matter may be heard, before the Honorable Alan M. Koschik, 260 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308. The hearing may be continued from time-to-time until completed without further notice except as announced in open court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief without a hearing.

**PLEASE TAKE FURTHER NOTICE** that this Notice and the Motion and all other documents filed in these chapter 11 cases are available free of charge by visiting the case website maintained by the Debtors' notice and claim agent, Prime Clerk LLC, available at http://cases.primeclerk.com/fes. You may also obtain copies of any pleadings by visiting the Court's website at https://www.ohnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: March 31, 2021                    Respectfully submitted,

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Joseph L. Sorkin (admitted *pro hac vice*)
Christopher J. Gessner (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jsorkin@akingump.com
cgessner@akingump.com

*Counsel for the Plan Administrator
and Energy Harbor LLC*

1292438