This document was signed electronically on May 21, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: May 21, 2021



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PLEASANTS CORP., *et al.*,[1]<br><br>Debtors,<br><br>---<br><br>FIRSTENERGY SOLUTIONS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTONE ENERGY SALES CORP.<br><br>Defendant. | Chapter 11<br><br>Case No. 18-50763 (AMK)<br>Cases Jointly Administered under<br>Case No. 18-50757 (AMK)<br><br>Hon. Judge Alan M. Koschik<br><br>Adversary No. 18-05100-AMK |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Energy Harbor Generation LLC (0561), case no. 18-50762; Pleasants Corp. (5914), case no. 18-50763; Energy Harbor Nuclear Generation LLC (6394), case no. 18-50760; Energy Harbor Nuclear Corp. (1483), case no. 18-50761; and Energy Harbor LLC (0186), case no. 18-50757. The Debtors' address is: 168 E. Market Street, Akron, OH 44308.

# ORDER GRANTING MOTION TO APPROVE SETTLEMENT AMONG THE PLAN ADMINISTRATOR, ENERGY HARBOR LLC, AND BLUESTONE ENERGY SALES CORPORATION

Upon consideration of the *Motion to Approve Settlement Among the Plan Administrator, Energy Harbor LLC, and Bluestone Energy Sales Corporation* (the "Motion") [Docket No. 67, 4344][2] all as more fully set forth in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Plan Administrator and Energy Harbor LLC provided appropriate notice of the Motion and the opportunity for hearing on the Motion under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Settlement Agreement attached as **Exhibit 1** to the Motion is hereby approved.

3. The Parties are authorized to take all actions necessary to comply with the terms of the Settlement Agreement without the need for further orders from this Court.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

SUBMITTED BY:

*/s/ Bridget A. Franklin*
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
Bridget A. Franklin (0083987)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
bfranklin@brouse.com

 - and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Joseph L. Sorkin (admitted *pro hac vice*)
Christopher J. Gessner (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jsorkin@akingump.com
cgessner@akingump.com

*Counsel for the Plan Administrator
and Energy Harbor LLC*

3